# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | * | Case No. 13-52954 |
| <u>Randall D LeuVoy</u> | | |
| Angela L LeuVoy | * | CH13 |
| | | |
| Debtor | * | Judge: PRESTON |

## MOTION TO SUSPEND CHAPTER 13 PLAN PAYMENTS

Now comes Debtor, by and through counsel, and moves the Court for a suspension of Chapter 13 Plan payments, due to a change of employment that will leave a gap in thier income. In support of this motion, Debtors represent to the Court that:

1. Debtors petitioned for relief on April 15, 2013 and the proposed Chapter 13 Plan was confirmed on December 27, 2013, as a "Pot Plan" with an estimated dividend to unsecured creditors of 15.7% and a monthly payment of $1,961.00.

2. The Plan has not been previously modified.

3. Debtors are currently in month 38 of their plan.

4. Since the time of filing, Debtor Randal D LeuVoy has lost his job with Fortis College.

5. Although Debtor does receive temporary unemployment income and Joint Debtor is still employed, they cannot maintain their current plan payments while maintaining regular living expenses until Mr. LeuVoy Returns to work.

6. Debtors do not have any current disposable income at this time as evidenced by the attached schedules I and J.

7. There are no secured or priority claims left to be paid in this case and no set monthly payments to any creditors to be made by the Trustee.

8. As of the time of this motion, the trustee has paid between 1.86% to 2.85% to unsecured creditors' claims.

9. Debtors estimate that Mr. LeuVoy will return to work within 6 months.

10. Debtors propose to suspend plan payment for six months, beginning with the month of June 2016 and continuing until December 2016.

11. Debtors further propose modifying their plan once Mr. LeuVoy returns to work to ensure that the case will complete in the 60th month.

WHEREFORE, Debtors pray for an order suspending their Chapter 13 Plan payments for six months beginning with June 2016.

Respectfully submitted,

/s/ Michael A. Cox
Michael A. Cox (0075218)
Guerrieri, Cox & Associates
2500 N. High St., Ste 100
Columbus, OH  43202
(614) 267-2871
Fax to (614) 267-2873
Attorney for the debtor.

## NOTICE OF MOTION TO SUSPEND CHAPTER 13 PLAN PAYMENTS

The above debtor has filed a motion to temporarily suspend her Chapter 13 Plan payments.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (if you do not, you may wish to consult one.)**

If you do not want the court to consider the Motion to Suspend Plan Payments you or your attorney must  file with the Court a written response memorandum within **21 days** of Friday, June 03, 2016, the date of service at:

United States Bankruptcy Court
170 N. High Street
Columbus, OH 43215

If you mail your response to the court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion to Suspend Chapter 13 Plan Payments was served upon the following parties in interest on **June 3, 2016** as indicated below.

Served electronically via the Court's ECF System at the address registered with the Court:

Asst. U.S. Trustee
Frank M. Pees
Brian M Gianangeli

Parties in interest served via U.S. Mail:

All parties in interest on the attached matrix.

Randall & Angela LeuVoy
1319 Graf St.
Lancaster, OH 43130

/s/ Michael A. Cox
Michael A. Cox (0075218)

```
Label Matrix for local noticing          ACE Cash Express                      AEP
0648-2                                   Corporate Office                      Attn: Bankruptcy
Case 2:13-bk-52954                       1231 Greenway Drive, Suite 600        1 AEP Way
Southern District of Ohio                Irving, TX 75038-2511                 Hurricane, WV 25526-1231
Columbus
Fri Jun  3 12:04:57 EDT 2016

AEP                                      AT&T Bankruptcy Department            Aaron's
PO Box 2021                              P.O. Box 769                          1418 Ety Pointe Dr. NW
Attention Bankruptcy                     Arlington, TX 76004-0769              Lancaster, OH 43130-7764
Roanoke, VA 24022-2121


Aaron's SALO Lockbox                     Acacia M. Perko, Esq.                 American Health Network
2800 Canton Road Suite 900               Mallory Law Office, LLC               4074 Gantz Rd.
Marietta GA 30066-5477                   720 E. Broad St., Suite 202           Grove City, OH 43123-4816
                                         Columbus, OH 43215-3989


American InfoSource LP as agent for      American InfoSource LP as agent for   American InfoSource LP as agent for
Apria Healthcare                         Midland Funding LLC                   Verizon
PO Box 248838                            PO Box 268941                         PO Box 248838
Oklahoma City OK   731248838             Oklahoma City OK   73126-8941         Oklahoma City OK   731248838


Apria Healthcare                         Asset Acceptance Corp.                Asst US Trustee (Col)
P.O. Box 631654                          PO Box 2036                           Office of the US Trustee
Cincinnati, OH 45263-1654                Warren, MI 48090-2036                 170 North High Street
                                                                               Suite 200
                                                                               Columbus, OH 43215-2417


Bariatric Specialists of Ohio            (c)BUCKEYE LENDING SOLUTIONS          C. Bernard Brush, Esq.
Department 77826                         6785 BOBCAT WAY STE 200               5530 Columbia Rd. S.W.
P.O. Box 7700                            DUBLIN OH   43016-1443                Pataskala, OH 43062-9238
Detroit, MI 48277-0001


CAB Asset Management                     CBCS                                  CBCS
PO Box 20298                             170 E. Town Street                    PO Box 163279
Baltimore, MD 21284-0298                 PO Box 18838                          Columbus, OH 43216-3279
                                         Columbus, OH 43215-4608


Cardiology Inc.                          Cardiovascular Specialist LLC         Cascade Capital, LLC
5975 East Broad St., Suite 305           PO Box 576                            Recovery Management Systems Corp.
Columbus, OH 43213-1531                  Lancaster, OH 43130-0576              25 SE 2nd Avenue Suite 1120
                                                                               Miami, FL 33131-1605


Central Portfolio Control InC            Check N Go                            Children's Radiologic Institute, Inc.
6640 Shady Oak Rd #300                   7755 Montgomery Road                  700 Childrens Drive
Eden Prairie, MN 55344-7710              Cincinnati, OH 45236-4197             Columbus, OH 43205-2664


Childrens Surgical Associates            Columbus Radioliogy Corp              Computer Collections Inc
PO Box 715230                            P.O. Box 7169                         Claim Dept 071120 640 West 4th St
Columbus, OH 43271-5230                  Columbus, OH 43205-0169               PO Box 5238
                                                                               Winston Salem, NC 27113-5238
```

| | | |
|---|---|---|
| Continental Bank<br>620 W. Germantown Pike<br>Suite 350<br>Plymouth Meeting, PA 19462-2219 | Convergent Outsourcing<br>10750 Hammerly Blvd #200<br>Houston, TX 77043-2317 | County Recorder<br>Fairfield County<br>Lancaster, OH 43130 |
| Michael A Cox<br>2500 High Street<br>Suite 100<br>Columbus, OH 43202-2988 | Credit Collection Services<br>PO Box 9134<br>Needham Heights, MA 02494-9134 | Credit Solutions<br>PO Box 24710<br>Lexington, KY 40524-4710 |
| Credit Solutions LLC<br>2277 Thunderstick Dr Ste 400<br>Lexington KY 40505-9002 | Crocker-Fels Comapany<br>37 White Allen Ave.<br>Dayton, OH 45405-4930 | Cybrcollect<br>3 Easton Oval STE 210<br>Columbus, OH 43219-6011 |
| David B. Pariser, Esq.<br>150 E. Mound St.<br>Suite 308<br>Columbus, OH 43215-5429 | Dayton Pathology Associates<br>3535 Southern Blvd.<br>Dayton, OH 45429-1221 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Diley Ridge Medical Center<br>PO Box 89415<br>Cleveland, OH 44101-6415 | (p)DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 | Diversified<br>PO Box 551268<br>Jacksonville, FL 32255-1268 |
| Enhanced Recovery Corp<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 | Ernest V. Thomas, Esq.<br>Thomas & Thomas<br>2323 Park Ave.<br>Cincinnati, OH 45206-2788 | Fairfield Emergency Physicians<br>PO Box 309<br>Akron, OH 44309-0309 |
| Fairfield Medical Center<br>1153 East Main St.<br>Lancaster, OH 43130-4056 | (p)CHOICE RECOVERY INC<br>1550 OLD HENDERSON ROAD<br>STE 100<br>COLUMBUS OH 43220-3662 | First Bank of Delaware<br>PO Box 101781<br>Fort Worth, TX 76185-1781 |
| First Credit<br>PO Box 13283<br>Fairlawn, OH 44334-8683 | Firstsource Advantage<br>205 Bryant Woods South<br>Buffalo, NY 14228-3609 | Florida Infusion Services, Inc.<br>1053 Progress Court<br>Palm Harbor, FL 34683-1448 |
| Fred W. Mebs, Esq.<br>1210 Sycamore St.<br>Cincinnati, OH 45202-7321 | Geico<br>1 Geico Plaza<br>Bethesda, MD 20810-0002 | Brian M Gianangeli<br>6305 Emerald Parkway<br>Dublin, OH 43016-3241 |
| Ginnys/Swiss Colony<br>1112 7th Ave<br>Monroe, WI 53566-1364 | Heath Harner<br>Acacia M Perko Esq<br>Mallory Law Office LLC<br>720 East Broad St Ste 202<br>Columbus OH 43215-3989 | IC Systems<br>PO Box 2621<br>Sioux Falls, SD 57101-2621 |

```
Internal Revenue Service                JP Recovery Services                 JPMorgan Chase Bank NA
Centralized Insolvency Operations       P.O. Box 16749                       PO Box 15145
PO Box 7346                             Rocky River, OH 44116-0749           Wilmington, DE 19850-5145
Philadelphia, PA 19101-7346


(p)JEFFERSON CAPITAL SYSTEMS LLC        Jostens Inc                          Kaplan College
PO BOX 7999                             C/o Cybr Collect                     College for Professional Studies
SAINT CLOUD MN 56302-7999               3 Easton Oval Ste 210                6409 Congress Ave.
                                        Columbus, OH 43219-6011              Boca Raton, FL 33487-2853


Lancaster Utilities                     Legacy Visa                          Angela Lynn LeuVoy
104 E. Main St.                         P.O. Box 5097                        1319 Graf St.
P.O. Box 1099                           Sioux Falls, SD 57117-5097           Lancaster, OH 43130-1615
Lancaster, OH 43130-0819


Randall Don LeuVoy                      Mackenzie Holdings, LLC              Mallory Law Office
1319 Graf St.                           46719 Darwood Ct.                    720 E. Broad St.
Lancaster, OH 43130-1615                Plymouth, MI 48170-3473              Suite 202
                                                                             Columbus, OH 43215-3989


Mark N. Wiseman, Esq.                   Meade & Associates                   Midland Credit Management
PO Box 318037                           737 Enterprise Dr.                   8875 Aero Dr.
Independence, OH 44131-8037             Westerville, OH 43081-8850           San Diego, CA 92123-2255


Midland Funding                         Mt Carmel Health                     National Recovery Systems, Inc.
8875 Aero Drive                         Corporate Service Center             P.O. Box 1128
San Diego, CA 92123-2255                Customer Service 2nd Floor           Dublin, OH 43017-6128
                                        6150 E Broad St
                                        Columbus OH 43213-1574


Nationwide Children's Hospital          OSU Physicians                       Office Mart Inc.
Collection Department                   PO Box 740727                        1151 E. Main St.
700 Children's Drive                    Cincinnati, OH 45274-0727            Lancaster, OH 43130-4056
Columbus, OH 43205-2664


Office of the Attorney General          Ohio Attorney General                Ohio Department of Taxation
P.O. Box 165009                         Collections Enforcement, Attn:Bankruptcy  Bankruptcy Division
Columbus, OH 43216-5009                 150 E. Gay St., 21st Floor           P.O. Box 530
                                        Columbus, OH 43215-3191              Columbus, OH 43216-0530


Ohio Dept of Job & Family Services      Ohio Orthopaedic Center              Ohio State Department of Taxation
Litigation Unit - Unemp Comp            2405 N. Columbus Street #120         Attn: Bankruptcy Division
PO Box 182404                           Lancaster, OH 43130-8189             P.O. Box 530
Columbus, OH 43218-2404                                                      Columbus, OH 43216-0530


P.N. Financial & Associates             Pcb                                  Pediatric Academic Assoc.
P. O. Box 1431                          5500 New Albany Rd.                  Dept. L289
Skokie, IL 60076-8431                   New Albany, OH 43054-8704            Columbus, OH 43260-0001
```

```
Frank M Pees                              Premier Cleaning Systems Inc.            Progressive Insurance
130 East Wilson Bridge Road               PO Box 37156                             Highfield INsurance
Suite 200                                 Cincinnati, OH 45222-0156                623-I Park Meadow Rd.
Worthington, OH 43085-2391                                                         Westerville, OH 43081-2876


Publishers Clearing House                 Quantum3 Group LLC as agent for          Radiology Inc
P.O. Box 400491                           ACE Cash Express INC                     PO Box 182504
Des Moines, IA 50340                      PO Box 788                               Columbus, OH 43218-2504
                                          Kirkland, WA  98083-0788


Recovery Management Systems Corporation   Rent-A-Center                            Sanbar LLC
25 S.E. 2nd Avenue, Suite 1120            1255 N. Memorial Dr.                     C/O Barker Management
Miami, FL 33131-1605                      Lancaster, OH 43130-1626                 148 W. Fair Ave.
                                                                                   Lancaster, OH 43130-1806


Santander Consumer USA                    Santander Consumer USA                   Seventh Avenue
PO Box 961245                             Po Box 961245                            c/o Creditors Bankruptcy Service
Fort Worth TX 76161-0244                  Ft Worth, TX 76161-0244                  P.O. Box 740933
                                                                                   Dallas, TX 75374-0933


Sprint                                    (p)SPRINT NEXTEL CORRESPONDENCE          State Collection Service Inc.
Bankruptcy Department                     ATTN BANKRUPTCY DEPT                     PO Box 6250
6391 Sprint Pkwy                          PO BOX 7949                              Madison, WI 53716-0250
Shawnee Mission, KS 66251-2800            OVERLAND PARK KS 66207-0949


State of Ohio                             State of Ohio                            (p)C O AMERICAN INFOSOURCE LP
30 East Broad Street                      Charles Misfud, Speacial Counsel         4515 N SANTA FE AVE
Columbus, OH 43215-3430                   326 S. High St. Annex, Suite 201         OKLAHOMA CITY OK 73118-7901
                                          Columbus, OH 43215-4522


TEBO Financial Services                   TEBO Financial Services, Inc.            The Swiss Colony
4025 Erie St.                             4801 Dressler Rd. NW                     P.O. Box 2814
Massillon, OH 44646-7973                  Suite #194                               Monroe, WI 53566-8014
                                          Canton, Ohio 44718-3669


The Swiss Colony                          Time Warner Cable                        Tribute
c/o Creditors Bankruptcy Service          Bankruptcy Department                    PO Box 136
P.O. Box 740933                           PO Box 1327                              Newark, NJ 07101-0136
Dallas, TX 75374-0933                     Charlotte, NC 28201-1327


Trust Company Bank                        U S Dept Of Ed/fisl/at                   U S Dept Of Ed/fisl/ch
1 Park Place N.E.                         Attn: Bankruptcy                         Bankruptcy Unit
Atlanta, GA 30303-2904                    61 Forsythe St Room 19t89                Po Box 65128
                                          Atlanta, GA 30303-8928                   Saint Paul, MN 55165


US Attorney's Office                      US Department of Education               Un Coll Tol
303 Marconi Blvd.                         PO BOX 16448                             5620 Southwyck Blvd.
Columbus, OH 43215-2326                   St Paul MN 55116-0448                    Toledo, OH 43614-1501
```

United Collection Bureau, Inc.
5260 Southwyck Blvd., Suite 206
Toledo, OH 43614

Us Dept Of Education
Attn: Borrowers Service Dept
Po Box 5609
Greenville, TX 75403-5609

VIP Loans
4 Solomons Arcade
Charlestown, Nevis West Indies

Verizon Wireless
Bankruptcy Group
PO Box 3397
Bloomington, IL 61702-3397

Zip 19
200-15225 104 Ave
Surrey, B.C. V3R 6Y8 Canada

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Direct TV
P.O. Box 6414
Carol Stream, IL 60197-6414

Ffcc-columbus Inc
1550 Old Hederson Road St.
Columbus, OH 43220

Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-9617

Sprint Nextel
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

T Mobile
P.O. Box 742596
Cincinnati, OH 45274-2596

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Buckeye Lending Solutions
7001 Post Rd.
Suite 200
Dublin, OH 43016

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Net Pay Day Loans

(u)Ohio Department of Taxation

End of Label Matrix
Mailable recipients    124
Bypassed recipients      2
Total                  126